**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Baldemar SANTANA-CORONADO, also
known as Baldemar Santana, also
known as Baldemar Coronado-Santana, also known as Baldemar Coronado Santana, also known as Baldemar
Coronado, also known as Jose Cruz-Rubalcava, also known as Jose Cruz
Rubalcava, Defendant-Appellant**

No. 17-50150
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Filed February 20, 2018

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Baldemar Santana-Coronado, Pro Se

Before REAVLEY, CLEMENT, and HO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Baldemar Santana-Coronado has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Santana-Coronado has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.